**1014**

**MONTANA POWER COMPANY v. Isobel BASKEN.**

**No. 8205.**

Circuit Court of Appeals, Ninth Circuit.

June 10, 1936.

Gunn, Rasch, Hall & Gunn, of Helena, Mont., and D. M. Kelly, John V. Dwyer, and John E. Corette, Jr., all of Butte, Mont., for appellant.

Wellington D. Rankin and Arthur P. Acher, both of Helena, Mont., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Defendant-Appellant, v. Jacob COHEN, Plaintiff-Appellee.**

**No. 256.**

Circuit Court of Appeals, Second Circuit.

June 8, 1936.

For former opinion, see 83 F.(2d) 163.

Coplin Yaras, of Albany, N. Y., for plaintiff-appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Even though such proof of disability as the plaintiff gave to the defendant in support of his application were to be treated, under the circumstances stated in the opinion, as meeting the formal requirements of the policy, the evidence was insufficient in substance. The evidence given at the trial did not show that when his application was made he was, and for ninety days had been, wholly and permanently unable to engage in any occupation or profession or to perform any work for compensation, gain, or profit.

Petition denied.

**Clyde F. MURPHY, Appellant, v. INTERCONTINENTAL CORPORATION, etc., Appellee.**

**No. 8213.**

Circuit Court of Appeals, Ninth Circuit.

June 1, 1936.

Murphy & Doherty, of Los Angeles, Cal., for appellant.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of appellant, ordered appeal dismissed, without costs to either party; mandate forthwith.